UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EUGENE JAMES,<br><br>    Petitioner,<br><br>    v.<br><br>STATE OF KANSAS,<br><br>    Respondent. | No.  2:23-cv-2116 KJN P<br><br><br><br>ORDER |

Petitioner is a pretrial detainee, currently housed in the Sacramento County Jail. On October 23, 2023, petitioner filed the instant petition for writ of habeas corpus under 28 U.S.C. § 2241. In this action, petitioner challenges criminal charges pending in the State of Kansas.

On January 2, 2024, petitioner signed another petition for writ of habeas corpus under 28 U.S.C. § 2241, in which he challenges criminal charges pending in Sacramento County. On January 16, 2024, the petition was incorrectly docketed in the instant habeas action as petitioner's second amended petition (ECF No. 16), and the documents accompanying such new petition were also filed in this action (ECF Nos. 17-20).

Because the January 2, 2024 petition should have been opened as a new habeas case, the undersigned orders that the Clerk of the Court open such new case, file the January 2, 2024 petition (ECF No. 16) as an original petition, file his additional documents (ECF No. 15-21) in the new action, and delete such filings (ECF Nos. 16-21) from the instant action. Because the

1

new habeas petition is unrelated to the instant action, the Clerk of the Court should randomly assign a Magistrate Judge.

The court notes that petitioner seeks expedited review of such filings.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to:

1. File the petition for writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 16) as a new habeas action, and docket the petition (ECF No. 16) as an original petition;

2. File petitioner's additional documents (ECF No. 15-21) in the new action;

3. Delete such filings (ECF Nos. 16-21) from the instant action; and

4. The Clerk of the Court shall randomly assign a Magistrate Judge to the new case.

Dated: January 29, 2024

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jame2116.fix.2